Old Revco GUC Liquidating Trust, et. al., Plaintiff(s)
vs.
Performance Horizon Groupo Limited doing business as Partnerize, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 284901-1

## AFFIDAVIT OF SERVICE ON A CORPORATION

**Law Firm Requesting Service:**
ASK LLP
Ms. Laurie N. P. Miskowiec
2600 Eagan Woods Dr., Ste. 400
St. Paul, MN 55121-1169

--Performance Horizon Groupo Limited, doing business as Partnerize
Court Case No. 22-10784-dsj; Adv. Proc. No. 24-01149-dsj

| | |
|---|---|
| **Name of Server:** | **Deborah Craven**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on **20-Aug-2024 02:54 pm** |
| **Place of Service:** | 8th Floor, West One, Fourth Banks, Newcastle Upon Tyne NE1 3PA, England |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint to Avoid and Recover Transfers Pursuant to 11 USC §§ 547 and 550 and to Disallow Claims Pursuant to 11 USC § 502, Exhibit A |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Performance Horizon Groupo Limited, doing business as Partnerize** By attaching the documents to the internal door on the 8th floor after receiving no response. There were no mail boxes. |
| **Other Information:** | Pursuant to the Civil Procedure Rules of England |

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 23rd day of August, 2024

_Notary Public_   N/A (Commission Expires)

Richard S. Appleby
Notary Public
15 Summerhill Avenue
Melton Park
Newcastle Upon Tyne NE3 5QJ
0191 2364759

